U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 1 3 2005

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

TERRENCE C. ANDERSON

VERSUS

WARDEN, LOUISIANA STATE PENITENTIARY

CIVIL NO. 1:05CV0946
JUDGE DRELL
MAG. JUDGE KIRK

**CERTIFICATE OF APPEALABILITY**

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

[X] The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Alexandria, Louisiana, this 13th day of December, 2005

DEE D. DRELL
UNITED STATES DISTRICT JUDGE